

**ORDERED in the Southern District of Florida on January 10, 2023.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-17243-EPK |
| **REARDEN STEEL MANUFACTURING LLC** | CHAPTER 11 |
| Debtor in Possession. _____/ | |

## ORDER CONFIRMING DEBTOR REARDEN STEEL MANUFACTURING LLC'S PLAN [ECF 49]

THIS COURT held a hearing on January 4, 2023 on Confirmation of the Debtor's Plan of Reorganization dated November 4, 2022 (the "Plan") [ECF 49]. At the hearing, the Court considered the Debtor's proffer through counsel the evidence and the arguments of counsel in support of confirmation of the Plan, including that the Debtor transmitted the Plan to all creditors and equity security holders.

In accordance with Fed. R. Civ. P. 52, made applicable herein pursuant to Fed. R. Bankr. P. 7052, the Court determined that the Plan was accepted in writing by the claimants of the Debtor whose acceptance is required by law, the Debtor complied with the applicable provisions of Chapter 11 of the Code, including that the Plan was proposed in good faith and not by any means forbidden by law, confirmation of the plan is in the best interests of creditors, and confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial

reorganization, of the Debtor. Accordingly, the Court having determined that the applicable requirements for confirmation as set forth in 11U.S.C. §1129(a) and as required by 11 U.S.C. §1191(a) have been satisfied, it is hereby

ORDERED:

1) The Plan filed by the Debtor (ECF 49) is modified as set forth in Debtors Motion for Agreed Order Modifying Plan [ECF 85] and as granted by the Court on January 4, 2023.

2) With said modifications, the plan is confirmed under 11 U.S.C. §1191(a);

3) The Plan modifications are as follows:

(i) The total unsecured dividend over the term of the Plan shall be $100,000, in accordance with the dividend schedule appearing as an Exhibit to ECF 85.

(ii) The allowed unsecured claim of Powerlift Door Consultants Inc. ("Powerlift"; Claim # 4) shall be $300,000 and a notice of withdrawal of Objection to Powerlift's claim by Debtor [ECF 57] shall be filed with the Court. Powerlift's rejection vote is changed to an accepting vote by stipulation.

(iii) The effective date of the Plan shall be ninety days from the date of entry of this order.

(iv) The administrative claim of Paradise Bank as sought in its Motion Of Paradise Bank For Payment Of Post-Petition Attorney's Fees And Costs Pursuant To Section 506(B) [ECF 74] and approved by this Court on January 4, 2023 in the sum of $9095 shall be paid by adding 50% of such fees to the end of SBA loan *70-07 (which is secured by the Mortgage and Security Agreement signed by Rearden Steel Manufacturing LLC on April 24, 2019) and 50% of such fees to the loan granted to the principal Lynn Sherman As his personal line of credit with Paradise Bank *6135.

(v) Debtor and its principal will further investigate the prospect of retaining contingency counsel to handle the malpractice case appearing on the Debtor's schedules. If such action is pursued by Debtor, or Debtor's principal, any recovery therefrom will be added to the dividend for unsecured creditors

4) The Subchapter V Trustee service is terminated upon substantial consummation of the Plan by Debtor, which shall be when all preconfirmation deposits and initial plan payments have been disbursed by the Debtor. Not later than 14 days after the Plan is substantially consummated, the Debtor shall file with the Court and serve on the Subchapter V Trustee, the United States trustee, and all parties in interest notice of such substantial consummation. Also, the Debtor must file the Local Form "Final Report and Motion for Entry of Final

   Decree" on the later of: (a) substantial consummation of the Plan, or (b) entry of a final order resolving all disputed claims.

5) The Debtor is hereby named as disbursing agent and the disbursing agent shall make all payments hereunder and may make all first installment payments on account of the general unsecured class on or before the effective date.

5) Upon the effective date, the Debtor is discharged from all dischargeable debts pursuant to 11 U.S. C. §1141(d).

###

Submitted by
Julianne Frank
4495 Military Trail Suite 107
Jupiter, Florida 33458
561-389-8660
julianne@jrfesq.com
FB# 315745

Attorney Julianne Frank is directed to serve a copy of this Order on all creditors and interested parties and file a certificate attesting to any such service.